**Dismissed and Opinion Filed May 10, 2024**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00854-CV**

### IN THE ESTATE OF DARRELL G. PILGRIM, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-03648-1**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

We reinstate this appeal. Before the Court is appellant's unopposed May 1, 2023 motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). In the motion, appellant explains the parties have settled their differences and requests we dismiss the appeal with each party bearing their own costs. We grant the motion and dismiss this appeal.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220854F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE ESTATE OF DARRELL G.
PILGRIM, DECEASED

No. 05-22-00854-CV

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-18-03648-
1.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered May 10, 2024